IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BUSBY, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:09-CV-1131-WKW |
| TROY KING, *et al.*, | ) |
| Respondents. | ) |

## **ORDER**

On March 11, 2013, the Magistrate Judge filed a Recommendation. (Doc. # 20.) No objections were filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that

1. The Recommendation (Doc. # 20) of the Magistrate Judge is ADOPTED;

2. The petition for habeas corpus relief (Doc. # 1) is DENIED.

An appropriate judgment will follow.

DONE this 3rd day of April, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE